**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN FORD,<br><br>      Plaintiff,<br><br>  v.<br><br>WARDEN CHARLES GREEN, et al.,<br><br>      Defendants. | Civil Action No. 17cv4864 (EP) (JBC)<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

**PADIN, District Judge.**

Before this Court is the Report and Recommendation ("R&R") entered on April 17, 2023 by the Honorable James B. Clark ("Judge Clark"), D.E. 88, recommending that Plaintiff's complaint be dismissed without prejudice based on the failure of *pro se* Plaintiff Kevin Ford to comply with Court orders and prosecute his case. The parties were advised that, pursuant to Federal Rule of Civil Procedure 72(b)(2), they could file objections to Judge Clark's R&R within 14 days. No objections have been received. The Court has reviewed the R&R *de novo*, and for good cause shown,

    **IT IS** on this __9th__ day of __May__, 2023,

    **ORDERED**, that the April 17, 2023 R&R of Judge Clark, D.E. 88, is **ADOPTED** as the Opinion of this Court; and it is further

    **ORDERED**, that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, Fed. R. Civ. P. 41(b); and it is finally

2

**ORDERED**, that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular mail and mark this case **CLOSED**.

_____
Evelyn Padin, U.S.D.J.

2